IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERI L. THUREEN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **COMPUTER SCIENCES CORPORATION** | : | **NO. 15-4292** |

## ORDER

**NOW,** this 9th day of November, 2016, upon consideration of Computer Sciences Corporation's Motion to Dismiss (Document No. 10), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **DENIED.**

        /s/ Timothy J. Savage, J.
      TIMOTHY J. SAVAGE,   J.